Melanie E. Damian, Esq., as Receiver
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
STANDARDIZED FUND ACCOUNTING REPORT
CIVIL – ATKINSON RECEIVERSHIP FUND FOR CFTC v. TIMOTHY ATKINSON ET AL
Reporting Period 10/5/18 to 11/30/18

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| **Line 1** | Beginning Balance (As of 10/5/18): | $ - | $ - | $ - |
|  | **Increases in Fund Balance:** |  |  |  |
| **Line 2** | Business Income | $ - | $ - | $ - |
| **Line 3** | Cash and Securities[1] | $ 2,619,069.59 | $ 2,619,069.59 | $ 2,619,069.59 |
| **Line 4** | Interest/Dividend Income [1] | $ 32.66 | $ 32.66 | $ 32.66 |
| **Line 5** | Business Asset Liquidation |  | $ - | $ - |
| **Line 6** | Personal Asset Liquidation | $ - | $ - | $ - |
| **Line 7** | Third-Party Litigation Income | $ - | $ - | $ - |
| **Line 8** | Miscellaneous - Other | $ - | $ - | $ - |
|  | **Total Funds Available (Lines 1-8):** |  |  | $ 2,619,102.25 |
|  | **Decreases in Fund Balance:** |  |  |  |
| **Line 9** | Disbursements to Investors |  |  |  |
| **Line 10** | Disbursements for Business Operations [2] | $ 3,313.96 | $ 3,313.96 | $ 3,313.96 |
| Line 10a | Disbursements to Receiver or Other Professionals | $ - | $ - | $ - |
| Line 10b | Business Asset Expenses |  | $ - |  |
| Line 10c | Personal Asset Expenses: | $ - | $ - | $ - |
| Line 10d | Investment Expenses | $ - | $ - | $ - |
| Line 10e | Third-Party Litigation | $ - | $ - | $ - |
| Line 10f | Tax Administrator Fees and Bonds | $ - | $ - | $ - |
| Line 10g | Federal and State Tax Payments | $ - | $ - | $ - |
|  | **Total Disbursements for Receivership Operations** |  |  | $ 3,313.96 |
| **Line 11** | Disbursements for Distribution Expenses Paid by the Fund: | $ - | $ - | $ - |
| Line 11a | Distribution Plan Development Expenses: | $ - | $ - | $ - |
| Line 11b | Distribution Plan Implementation Expenses: | $ - | $ - | $ - |
| **Line 12** | Disbursements to Court/Other | $ - | $ - | $ - |

**EXHIBIT B**

| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $ - | $ - | $ - |
|---|---|---|---|---|
| Line 12b | Federal Tax Payments | $ - | $ - | $ - |
| | Total Disbursements to Court/Other | | | |
| | Total Funds Disbursed (Lines 9-11) | | | $ 3,313.96 |
| Line 13 | Ending Balance (As of November 30, 2018) | | | $ 2,615,788.29 |
| Line 14 | Ending Balance of Fund – Net Assets: | | | |
| Line 14a | Cash & Cash Equivalents | | | $ 2,615,788.29 |
| Line 14b | Investments | | | $ - |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | Total Ending Balance of Fund – Net Assets* | | | $ 2,615,788.29 |

*$60 is not included in the balance due to bank service fee that will be refunded in December.

[1] Funds were received into the Atkinson Receivership accounts; All in Publishing Account and Gasher Account. See Receipts attached hereto as Exhibit 1.

[2] Funds were disbursed to administer the receivership and its assets. See expenses attached hereto as Exhibit 2.

Respectfully submitted,

Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: 305-371-3960
Facsimile: 305-371-3965

/s/ Melanie E. Damian
Melanie E. Damian
*Court-Appointed Receiver*

# EXHIBIT 1 RECEIPTS

## CFTC v. Atkinson Receipts of All in Publishing and Gasher Accounts

| Date | Check # | Amount | Explanation |
|---|---|---|---|
| 10/30/2018 | wire | $ 928,796.16 | All in Publishing |
| 10/31/2018 | wire | $ 689,299.29 | Gasher |
| 10/31/2018 | wire | $ 528,281.45 | Gasher |
| 10/31/2018 | wire | $ 86.97 | Gasher |
| 11/2/2018 | 1020042668 | $ 8,130.49 | All in Publishing |
| 11/2/2018 | 1020042669 | $ 428,221.22 | Gasher |
| 11/13/2018 | wire | $ 32,583.51 | All in Publishing |
| Total | | $ 2,615,399.09 | |

## Hyatt Coin and Gun Shop

| Date | | Amount | Explanation |
|---|---|---|---|
| 10/19/2018 | | $ 3,670.50 | sale of guns with consent |

## City National Bank

| Date | | Amount | Explanation |
|---|---|---|---|
| 10/31/2018 | | $ 1.07 | interest |
| 10/31/2018 | | $ 0.39 | interest |
| 11/30/2018 | | $ 19.41 | interest |
| 11/30/2018 | | $ 11.79 | interest |
| Total | | $ 32.66 | |

| | | | |
|---|---|---|---|
| Total Receipts | | $ 2,619,069.59 | |
| Grand Total with interest | | $ 2,619,102.25 | First Report |

**EXHIBIT 2 EXPENSES**
**CFTC v. Atkinson Expenses of All in Publishing Account**

| Date | Invoice | Check # | Payable | Amount | Description |
|---|---|---|---|---|---|
| 11/2/2018 | | wire | JAG Insurance Group | $ 984.69 | insurance for Miami Beach properties |
| 11/9/2018 | | wire | JAG Insurance Group | $ 1,781.45 | insurance on jewlery |
| 11/15/2018 | | wire | Meridian Court HOA | $ 547.82 | Maintance past due |
| | | | **Total** | **$ 3,313.96** | |