Melanie E. Damian, Esq., as Receiver
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
STANDARDIZED FUND ACCOUNTING REPORT
CIVIL – ATKINSON RECEIVERSHIP FUND FOR CFTC v. TIMOTHY ATKINSON ET AL
Reporting Period 12/1/2018 to 3/31/2019

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 12/1/2019): | $ - | $ - | $ 2,615,788.29 |
|  | **Increases in Fund Balance:** |  |  |  |
| Line 2 | Business Income | $ - | $ - | $ - |
| Line 3 | Cash and Securities[1] | $ 80,582.57 | $ 80,582.57 | $ 80,582.57 |
| Line 4 | Interest/Dividend Income [1] | $ 128.06 | $ 128.06 | $ 128.06 |
| Line 5 | Business Asset Liquidation |  | $ - | $ - |
| Line 6 | Personal Asset Liquidation | $ - | $ - | $ - |
| Line 7 | Third-Party Litigation Income | $ - | $ - | $ - |
| Line 8 | Miscellaneous - Other | $ - | $ - | $ - |
|  | **Total Funds Available (Lines 1-8):** |  |  | $ 2,696,498.92 |
|  | **Decreases in Fund Balance:** |  |  |  |
| Line 9 | Disbursements to Investors |  |  |  |
| Line 10 | Disbursements for Business Operations [2] | $ 48,537.09 | $ 48,537.09 | $ 48,537.09 |
| Line 10a | Disbursements to Receiver or Other Professionals | $ - | $ - | $ - |
| Line 10b | Business Asset Expenses |  | $ - |  |
| Line 10c | Personal Asset Expenses: | $ - | $ - | $ - |
| Line 10d | Investment Expenses | $ - | $ - | $ - |
| Line 10e | Third-Party Litigation | $ - | $ - | $ - |
| Line 10f | Tax Administrator Fees and Bonds | $ - | $ - | $ - |
| Line 10g | Federal and State Tax Payments | $ - | $ - | $ - |
|  | **Total Disbursements for Receivership Operations** |  |  | $ 48,537.09 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | $ - | $ - | $ - |
| Line 11a | Distribution Plan Development Expenses: | $ - | $ - | $ - |
| Line 11b | Distribution Plan Implementation Expenses: | $ - | $ - | $ - |
| Line 12 | Disbursements to Court/Other | $ - | $ - | $ - |

**EXHIBIT B**

| | | | | |
|---|---|---|---|---|
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $ - | $ - | $ - |
| Line 12b | Federal Tax Payments | $ - | $ - | $ - |
| | **Total Disbursements to Court/Other** | | | |
| | **Total Funds Disbursed (Lines 9-11)** | | | $ 48,537.09 |
| Line 13 | **Ending Balance (As of March 31, 2019)** | | | $ 2,647,961.83 |
| Line 14 | **Ending Balance of Fund – Net Assets:** | | | |
| Line 14a | Cash & Cash Equivalents | | | $ 2,647,961.83 |
| Line 14b | Investments | | | $ - |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | **Total Ending Balance of Fund – Net Assets*** | | | $ 2,647,961.83 |

[1] Funds were received into the Atkinson Receivership accounts; All in Publishing Account and Gasher Account. See Receipts attached hereto as Exhibit 1.

[2] Funds were disbursed to administer the receivership and its assets. See expenses attached hereto as Exhibit 2.

Respectfully submitted,

Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: 305-371-3960
Facsimile: 305-371-3965

/s/ Melanie E. Damian
Melanie E. Damian
*Court-Appointed Receiver*

**EXHIBIT 1 RECEIPTS**
**CFTC v. Atkinson Receipts of All in Publishing and Gasher Accounts**

| Date | Amount | Explanation | Bank |
|---|---|---|---|
| 2/22/2019 | $ 60,790.88 | Charlotte Real Estate | AIP |
| 3/9/2019 | $ 2,565.48 | Pure and Simple | AIP |
| 3/14/2019 | $ 126.21 | Union Power | AIP |
| 3/14/2019 | $ 17,100.00 | Rent for Ft Lauderdale/Paramount | Gasher |
| Total | $ 80,582.57 | | |

**City National Bank**

| Date | Amount | Explanation | Bank |
|---|---|---|---|
| 12/31/2018 | $ 20.91 | interest | Gasher |
| 12/31/2018 | $ 12.35 | interest | All IN Publishing |
| 1/31/2019 | $ 20.84 | interest | Gasher |
| 1/31/2019 | $ 12.31 | interest | All IN Publishing |
| 2/28/2019 | $ 18.78 | interest | Gasher |
| 2/28/2019 | $ 11.26 | interest | All IN Publishing |
| 3/31/2019 | $ 19.42 | interest | Gasher |
| 3/31/2019 | $ 12.19 | interest | All IN Publishing |
| Total | $ 128.06 | | |

| | | | |
|---|---|---|---|
| Total Receipts | $ 80,582.57 | | |
| Grand Total with interest | $ 80,710.63 | Second Report | |

**EXHIBIT 2 EXPENSES**
**CFTC v. Atkinson Expenses of All in Publishing Account**

| Date | Invoice | Check # | Payable | Amount | Description |
|---|---|---|---|---|---|
| 12/26/2018 | | wire | JAG Insurance Group | $ 345.78 | insurance for art |
| 12/28/2018 | | debit | Pedro Remodeling & Repair | $ 800.00 | 911 Meridian |
| 12/28/2018 | | debit | Piedmont Natural Gas | $ 60.83 | NC Property |
| 12/28/2018 | | debit | Union Power | $ 161.09 | NC Property |
| 1/4/2019 | | debit | FPL | $ 40.58 | 911 Merdian |
| 1/4/2019 | | debit | Pedro Remodeling & Repair | $ 926.17 | 911 Meridian |
| 1/11/2019 | | debit | Pedro Remodeling & Repair | $ 250.00 | 911 Meridian |
| 12/17/2018 | | debit | Paramount Fort Lauderdale | $ 1,376.08 | Ft. Lauderdale HOA |
| 12/20/2018 | | debit | First Bank | $ 8,388.00 | Passerino Mortgage |
| 1/21/2019 | | debit | Pedro Remodeling & Repair | $ 900.00 | 911 Meridian |
| 1/21/2019 | | debit | Camp-Air | $ 500.00 | 911 Meridian |
| 1/21/2019 | | debit | Union Power | $ 210.05 | NC Property |
| 1/21/2019 | | debit | Piedmont Natural Gas | $ 159.24 | NC Property |
| 1/21/2019 | | debit | Union County Public Works | $ 48.75 | NC Property |
| 1/21/2019 | | debit | FPL | $ 18.55 | 911 Meridian |
| 1/21/2019 | | debit | Meridian Court HOA | $ 337.03 | 911 Meridian Maintance monthly |
| 1/21/2019 | | debit | Paramount Fort Lauderdale | $ 1,346.08 | Ft. Lauderale HOA |
| 1/29/2019 | | debit | Edgewater Pool | $ 1,100.85 | NC Property |
| 2/7/2019 | | debit | Clearwater Pool Service | $ 336.83 | NC Property |
| 2/7/2019 | | debit | First Bank | $ 4,194.00 | Passerino Mortgage |
| 2/11/2019 | | 1001 | Pure and Simple Organizing, Inc. | $ 2,500.00 | Estate Sale |
| 2/15/2019 | | debit | First Bank | $ 4,194.00 | Passerino Mortgage |
| 2/28/2019 | | 1002 | Adriana Aguilar | $ 250.00 | NC Property |
| 2/28/2019 | | debit | FPL | $ 20.47 | 911 Meridian |
| 2/28/2019 | | debit | Meridian Court Condo. Assoc. | $ 337.03 | 911 Meridian Maintance monthly |
| 2/28/2019 | | 1001 | Paramount Fort Lauderdale | $ 330.36 | Ft. Lauderale HOA |
| 2/28/2019 | | 1002 | Paramount Fort Lauderdale | $ 1,676.44 | Ft. Lauderale HOA |
| 3/1/2019 | | 1003 | Paramount Fort Lauderdale | $ 1,676.44 | Ft. Lauderale HOA |
| 3/1/2019 | | debit | First Bank | $ 4,194.00 | Passerino Mortgage |
| 3/1/2019 | | debit | First Bank | $ 450.00 | Passerino Mortgage |
| 3/1/2019 | | 1003 | FPL | $ 15.89 | 345 Ocean |
| 3/1/2019 | | 1004 | FPL | $ 100.00 | 345 Ocean |
| 3/1/2019 | | 1004 | FPL | $ 100.00 | Ft. Lauderdale FPL |
| 3/6/2019 | | 1005 | Rhonda Gibbons | $ 150.13 | reimbursement |
| 3/6/2019 | | | FPL | $ 54.66 | FPL Ft. Lauderale Paramount |
| 3/12/2019 | | 1008 | Ocean Bank | $ 200.00 | Security Deposit Box |
| 3/22/2019 | | 1006 | Paramount Fort Lauderdale | $ 5,700.00 | security deposit |
| 3/29/2019 | | 1007 | Paramount Fort Lauderdale | $ 1,676.44 | Ft. Lauderale HOA |
| 3/29/2019 | | debit | Piedmont Natural Gas | $ 289.41 | NC Property |
| 3/29/2019 | | 1009 | Tom Culmo | $ 217.50 | cleaning 345 Ocean/911 Merdidian |
| 3/29/2019 | | 1010 | FPL | $ 29.32 | 345 Ocean |
| 3/29/2019 | | debit | FPL | $ 23.45 | 911 Meridian |
| 3/29/2019 | | 1011 | Ocean Point Association Inc | $ 2,514.61 | 345 Ocean |
| 3/29/2019 | | debit | Meridian Court Condo. Assoc. | $ 337.03 | 911 Meridian Maintance monthly |
| | | | Total | $ 48,537.09 | |