# EXHIBIT B

Melanie E. Damian, Esq., as Receiver
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
STANDARDIZED FUND ACCOUNTING REPORT
CIVIL – RECEIVERSHIP FUND FOR CFTC v. TIMOTHY ATKINSON, ET AL.
Reporting Period 4/1/2019 to 7/31/2019

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 4/1/2019): | $ - | $ - | $ 2,647,961.83 |
|  | **Increases in Fund Balance:** |  |  |  |
| Line 2 | Business Income | $ - | $ - | $ - |
| Line 3 | Cash and Securities [1] | $ 343,182.93 | $ 343,182.93 | $ 343,182.93 |
| Line 4 | Interest/Dividend Income [1] | $ 127.27 | $ 127.27 | $ 127.27 |
| Line 5 | Business Asset Liquidation |  | $ - | $ - |
| Line 6 | Personal Asset Liquidation | $ - | $ - | $ - |
| Line 7 | Third-Party Litigation Income | $ - | $ - | $ - |
| Line 8 | Miscellaneous - Other | $ - | $ - | $ - |
|  | **Total Funds Available (Lines 1-8):** |  |  | $ 2,991,272.03 |
|  | **Decreases in Fund Balance:** |  |  |  |
| Line 9 | Disbursements to Investors |  |  |  |
| Line 10 | Disbursements for Business Operations [2] | $ 37,058.77 | $ 37,058.77 | $ 37,058.77 |
| Line 10a | Disbursements to Receiver or Other Professionals [2] | $ 430,494.72 | $ 430,494.72 | $ 430,494.72 |
| Line 10b | Business Asset Expenses |  | $ - |  |
| Line 10c | Personal Asset Expenses: | $ - | $ - | $ - |
| Line 10d | Investment Expenses | $ - | $ - | $ - |
| Line 10e | Third-Party Litigation | $ - | $ - | $ - |
| Line 10f | Tax Administrator Fees and Bonds | $ - | $ - | $ - |
| Line 10g | Federal and State Tax Payments | $ - | $ - | $ - |
|  | **Total Disbursements for Receivership Operations** |  |  | $ 467,553.49 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | $ - | $ - | $ - |
| Line 11a | Distribution Plan Development Expenses: | $ - | $ - | $ - |
| Line 11b | Distribution Plan Implementation Expenses: | $ - | $ - | $ - |
| Line 12 | Disbursements to Court/Other | $ - | $ - | $ - |

| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $ - | $ - | $ - |
|---|---|---|---|---|
| Line 12b | Federal Tax Payments | $ - | $ - | $ - |
| | **Total Disbursements to Court/Other** | | | |
| | **Total Funds Disbursed (Lines 9-11)** | | | $ 467,553.49 |
| Line 13 | **Ending Balance (As of July 31, 2019)** | | | $ 2,523,718.54 |
| Line 14 | **Ending Balance of Fund – Net Assets:** | | | |
| Line 14a | Cash & Cash Equivalents | | | $ 2,523,718.54 |
| Line 14b | Investments | | | $ - |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | **Total Ending Balance of Fund – Net Assets** | | | $ 2,523,718.54 |

[1] Funds were received into the Receivership accounts for All in Publishing, LLC and Gasher, Inc. The amount of interest reflected in this report is not based on the correct interest rate for the 2 fiduciary accounts. City National Bank is in the process of correcting the rate and will credit the additional interest income to the accounts once the rate has been adjusted. See Receipts attached hereto as Exhibit 1.

[2] Funds were disbursed to administer the receivership estate and its assets. See Expenses attached hereto as Exhibit 2.

Respectfully submitted,

Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: 305-371-3960
Facsimile: 305-371-3965

/s/ Melanie E. Damian
Melanie E. Damian
*Court-Appointed Receiver*

**EXHIBIT 1 RECEIPTS**
**CFTC v. Atkinson Receipts of All in Publishing, LLC and Gasher, Inc.**

| Date | Amount | Explanation | Bank Account |
|---|---|---|---|
| 5/6/2019 | $ 4,648.60 | Rent for Ft Lauderdale/Paramount | Gasher |
| 5/31/2019 | $ 5,700.00 | Rent for Ft Lauderdale/Paramount | Gasher |
| 6/24/2019 | $ 5,700.00 | Rent for Ft Lauderdale/Paramount | Gasher |
| 6/24/2019 | $ 246.99 | JAG Insurance (refund) | All In Publishing |
| 6/30/2019 | $ 6,500.00 | escrow deposit for NC property | All In Publishing |
| 7/23/2019 | $ 55,000.00 | Ronald Atkinson | All In Publishing |
| 7/26/2019 | $ 2,600.00 | 911 Meridian Rent | All In Publishing |
| 7/31/2019 | $ 262,787.34 | 345 Ocean | All In Publishing |
| Total | $ 343,182.93 | | |

**City National Bank**

| Date | Amount | Explanation | Bank Account |
|---|---|---|---|
| 4/30/2019 | $ 21.37 | interest | Gasher |
| 4/30/2019 | $ 13.44 | interest | All In Publishing |
| 5/31/2019 | $ 19.77 | interest | Gasher |
| 5/31/2019 | $ 11.94 | interest | All In Publishing |
| 6/30/2019 | $ 17.80 | interest | Gasher |
| 6/30/2019 | $ 10.70 | interest | All In Publishing |
| 7/31/2019 | $ 20.25 | interest | Gasher |
| 7/31/2019 | $ 12.00 | interest | All In Publishing |
| Total | $ 127.27 | | |

**Grand Total with Interest** $ **343,310.20**

**EXHIBIT 2 EXPENSES**
**Expenses of All in Publishing, LLC and Gasher, Inc.**

| Date | Check # | Payable | Amount | Description | Bank Account |
|---|---|---|---|---|---|
| 4/1/2019 | | First Bank | $ 4,644.00 | Passerino Mortgage | Gasher |
| 4/9/2019 | 1008 | Marina Realty | $ 1,710.00 | lease Ft. Lauderdale | Gasher |
| 4/9/2019 | 1009 | The K Co | $ 1,710.00 | lease Ft. Lauderdale | Gasher |
| 4/29/2019 | | Union County Public Works | $ 74.35 | NC Property | AIP |
| 4/29/2019 | 1010 | Paramount Fort Lauderdale | $ 1,676.44 | Ft. Lauderale HOA | Gasher |
| 4/29/2019 | 1011 | Fedex | $ 22.28 | Gasher | Gasher |
| 4/29/2019 | 1012 | FPL | $ 34.96 | 345 Ocean | AIP |
| 4/29/2019 | 1013 | Ocean Point Association Inc. | $ 366.81 | 345 Ocean OA | AIP |
| 4/29/2019 | | FPL | $ 22.25 | 911 Meridian | AIP |
| 4/29/2019 | | Meridian Court Condo. Assoc. | $ 337.03 | 911 Meridian Maintance monthly | AIP |
| 5/1/2019 | 1013 | FPL | $ 0.72 | Ft. Lauderale | Gasher |
| 5/1/2019 | | First Bank | $ 4,664.00 | Passerino Mortgage | Gasher |
| 5/31/2019 | | First Bank | $ 4,644.00 | Passerino Mortgage | Gasher |
| 5/31/2019 | 1016 | Paramount Fort Lauderdale | $ 1,676.44 | Ft. Lauderale HOA | Gasher |
| 5/31/2019 | 1016 | FPL | $ 36.95 | 345 Ocean | AIP |
| 5/31/2019 | 1017 | Ocean Point Association Inc. | $ 366.81 | 345 Ocean HOA | AIP |
| 5/31/2019 | | FPL | $ 27.25 | 911 Meridian | AIP |
| 5/31/2019 | | Meridian Court Condo. Assoc. | $ 337.03 | 911 Meridian Maintance monthly | AIP |
| 6/25/2019 | 1018 | FPL | $ 36.16 | 345 Ocean | AIP |
| 6/25/2019 | 1019 | Ocean Point Association Inc. | $ 366.81 | 345 Ocean HOA | AIP |
| 6/25/2019 | | FPL | $ 33.80 | 911 Meridian | AIP |
| 6/25/2019 | | Meridian Court Condo. Assoc. | $ 337.03 | 911 Meridian Maintance monthly | AIP |
| 6/25/2019 | 1017 | Paramount Fort Lauderdale | $ 1,676.44 | Ft. Lauderale HOA | Gasher |
| 6/28/2019 | | First Bank | $ 4,644.00 | Passerino Mortgage | Gasher |
| 7/15/2019 | | Meridian Court Condo. Assoc. | $ 856.65 | 911 Meridian Maintance monthly | AIP |
| 7/26/2019 | | FPL | $ 41.03 | 911 Meridian | AIP |
| 7/26/2019 | | Meridian Court Condo. Assoc. | $ 337.03 | 911 Meridian Maintance monthly | AIP |
| 7/26/2019 | | FPL | $ 58.06 | 345 Ocean | AIP |
| 7/26/2019 | | Paramount Fort Lauderdale | $ 1,676.44 | Ft. Lauderale HOA | Gasher |
| 7/26/2019 | | First Bank | $ 4,644.00 | Passerino Mortgage | Gasher |
| | | **Total** | **$ 37,058.77** | | |

**Professional Fees (DE 200) 5/1/19**

| Date | Check # | Payable | Amount | Bank Account |
|---|---|---|---|---|
| 5/1/2019 | 1014 | Damian & Valori | $ 52,969.68 | Gasher |
| 5/1/2019 | 1015 | Kapila Makumal LLP | $ 18,885.73 | Gasher |
| 5/1/2019 | 1014 | Damian & Valori | $ 64,837.05 | All in Publishing |
| 5/1/2019 | 1015 | Kapila Makumal LLP | $ 24,308.12 | All in Publishing |
| | | **Total** | **$ 161,000.58** | |

**Professional Fees (DE 222) 7/15/19**

| Date | Check # | Payable | Amount | Bank Account |
|---|---|---|---|---|
| 7/15/2019 | 1018 | Damian & Valori | $ 85,131.08 | Gasher |
| 7/15/2019 | 1019 | Kapila Makumal LLP | $ 34,936.29 | Gasher |
| 7/15/2019 | 1020 | Damian & Valori | $ 106,982.93 | All in Publishing |
| 7/15/2019 | 1021 | Kapila Makumal LLP | $ 42,443.84 | All in Publishing |
| | | **Total** | **$ 269,494.14** | |