**EXHIBIT B**

Melanie E. Damian, Esq., as Receiver
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
STANDARDIZED FUND ACCOUNTING REPORT
CIVIL – RECEIVERSHIP FUND FOR CFTC v. TIMOTHY ATKINSON, ET AL.
Reporting Period 8/1/2019 to 5/31/2020

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| **Line 1** | Beginning Balance (As of 8/1/2019): | $ - | $ - | $ 2,523,718.54 |
|  | **Increases in Fund Balance:** |  |  |  |
| **Line 2** | Business Income | $ - | $ - | $ - |
| **Line 3** | Cash and Securities [1] | $ 190,863.93 | $ 190,863.93 | $ 190,863.93 |
| **Line 4** | Interest/Dividend Income [1] | $ 45,634.63 | $ 45,634.63 | $ 45,634.63 |
| **Line 5** | Business Asset Liquidation |  | $ - | $ - |
| **Line 6** | Personal Asset Liquidation | $ - | $ - | $ - |
| **Line 7** | Third-Party Litigation Income | $ - | $ - | $ - |
| **Line 8** | Miscellaneous - Other | $ - | $ - | $ - |
|  | **Total Funds Available (Lines 1-8):** |  |  | $ 2,760,217.10 |
|  | **Decreases in Fund Balance:** |  |  |  |
| **Line 9** | Disbursements to Investors |  |  |  |
| **Line 10** | Disbursements for Business Operations [2] | $ 79,685.20 | $ 79,685.20 | $ 79,685.20 |
| Line 10a | Disbursements to Receiver or Other Professionals [2] | $ 98,388.11 | $ 98,388.11 | $ 98,388.11 |
| Line 10b | Business Asset Expenses |  | $ - |  |
| Line 10c | Personal Asset Expenses: | $ - | $ - | $ - |
| Line 10d | Investment Expenses | $ - | $ - | $ - |
| Line 10e | Third-Party Litigation | $ - | $ - | $ - |
| Line 10f | Tax Administrator Fees and Bonds | $ - | $ - | $ - |
| Line 10g | Federal and State Tax Payments | $ - | $ - | $ - |
|  | **Total Disbursements for Receivership Operations** |  |  | $ 178,073.31 |
| **Line 11** | Disbursements for Distribution Expenses Paid by the Fund: | $ - | $ - | $ - |
| Line 11a | Distribution Plan Development Expenses: | $ - | $ - | $ - |
| Line 11b | Distribution Plan Implementation Expenses: | $ - | $ - | $ - |
| **Line 12** | Disbursements to Court/Other | $ - | $ - | $ - |

| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $ - | $ - | $ - |
|---|---|---|---|---|
| Line 12b | Federal Tax Payments | $ - | $ - | $ - |
| | **Total Disbursements to Court/Other** | | | |
| | **Total Funds Disbursed (Lines 9-11)** | | | $ 178,073.31 |
| Line 13 | Ending Balance (As of May 31, 2020) | | | $ 2,582,143.79 |
| Line 14 | Ending Balance of Fund – Net Assets: | | | |
| Line 14a | Cash & Cash Equivalents | | | $ 2,582,143.79 |
| Line 14b | Investments | | | $ - |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | **Total Ending Balance of Fund – Net Assets** | | | $ 2,582,143.79 |

[1] Funds were received into the Receivership accounts for All in Publishing, LLC and Gasher, Inc. See Receipts attached hereto as Exhibit 1.

[2] Funds were disbursed to administer the receivership estate and its assets. See Expenses attached hereto as Exhibit 2.

Respectfully submitted,

Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone:  305-371-3960
Facsimile:  305-371-3965

/s/ Melanie E. Damian
Melanie E. Damian
*Court-Appointed Receiver*

**EXHIBIT 1 RECEIPTS**
**CFTC v. Atkinson Receipts of All in Publishing, LLC and Gasher, Inc.**

| Date | Amount | Explanation | Bank |
|---|---|---|---|
| 8/1/2019 | $ 5,459.25 | Rent for Ft Lauderdale/Paramount | Gasher |
| 8/26/2019 | $ 1,300.00 | Rent for 911 Meridian | AIP |
| 9/1/2019 | $ 5,700.00 | Rent for Ft Lauderdale/Paramount | Gasher |
| 9/9/2019 | $ 18,000.00 | THE SCHWARTZ LAW FIRM | AIP |
| 9/26/2019 | $ 1,300.00 | Rent for 911 Meridian | AIP |
| 10/1/2019 | $ 26.16 | FPL refund for 325 Ocean | AIP |
| 10/1/2019 | $ 5,800.00 | Rent for Ft Lauderdale/Paramount | Gasher |
| 10/25/2019 | $ 1,300.00 | Rent for 911 Meridian | AIP |
| 10/28/2019 | $ 2,450.00 | Sale of artwork | AIP |
| 11/1/2019 | $ 5,800.00 | Rent for Ft Lauderdale/Paramount | Gasher |
| 11/4/2019 | $ 4,500.00 | Sale of Britto | AIP |
| 11/25/2019 | $ 1,300.00 | Rent for 911 Meridian | AIP |
| 12/1/2019 | $ 5,800.00 | Rent for Ft Lauderdale/Paramount | Gasher |
| 12/25/2019 | $ 1,300.00 | Rent for 911 Meridian | AIP |
| 1/1/2020 | $ 5,800.00 | Rent for Ft Lauderdale/Paramount | Gasher |
| 1/26/2020 | $ 1,300.00 | Rent for 911 Meridian | AIP |
| 2/20/2020 | $ 215.96 | First Bank | Gasher |
| 3/6/2020 | $ 1,300.00 | Rent for 911 Meridian | AIP |
| 3/23/2020 | $ 116,512.56 | Sale of 911 Meridian | AIP |
| 5/28/2020 | $ 5,700.00 | Paramount Ft. Lauderdale | Gasher |
| Total | $ 190,863.93 | | |

**City National Bank**

| Date | Amount | Explanation | Bank |
|---|---|---|---|
| 8/9/2019 | $ 14,857.47 | interest 10/24/18-7/31/19 | Gasher |
| 8/9/2019 | $ 8,955.34 | interest 10/24/18-7/31/19 | All In Publishing |
| 8/31/2019 | $ 1,473.71 | interest | Gasher |
| 8/31/2019 | $ 1,132.82 | interest | All In Publishing |
| 9/30/2019 | $ 1,524.37 | interest | Gasher |
| 9/30/2019 | $ 1,198.27 | interest | All In Publishing |
| 10/31/2019 | $ 1,528.99 | interest | Gasher |
| 10/31/2019 | $ 1,206.52 | interest | All In Publishing |
| 11/30/2019 | $ 1,427.19 | interest | Gasher |
| 11/30/2019 | $ 1,126.21 | interest | All In Publishing |
| 12/31/2019 | $ 1,552.24 | interest | Gasher |
| 12/31/2019 | $ 1,172.25 | interest | All In Publishing |
| 1/31/2020 | $ 1,505.36 | interest | Gasher |
| 1/31/2020 | $ 1,137.32 | interest | All In Publishing |
| 2/29/2020 | $ 1,355.02 | interest | Gasher |
| 2/29/2020 | $ 1,029.20 | interest | All In Publishing |
| 3/31/2020 | $ 1,111.70 | interest | Gasher |
| 3/31/2020 | $ 874.22 | interest | All In Publishing |
| 4/30/2020 | $ 403.04 | interest | Gasher |
| 4/30/2020 | $ 343.04 | interest | All In Publishing |
| 5/31/2020 | $ 388.64 | interest | Gasher |
| 5/31/2020 | $ 331.71 | interest | All In Publishing |
| Total | $ 45,634.63 | | |

**Grand Total with interest** $ 236,498.56

**EXHIBIT 2 EXPENSES**
**Expenses of All in Publishing, LLC and Gasher, Inc.**

| Date | Check # | Payable | Amount | Description | Bank Account | Dates of Service |
|---|---|---|---|---|---|---|
| 8/16/2019 | 1024 | Douglas Elliman | $ 260.00 | 911 Meridian Commission | AIP | |
| 8/28/2019 | | First Bank | $ 4,644.00 | Passerino Mortgage | Gasher | Sep-19 |
| 8/28/2019 | 1021 | Paramount Fort Lauderdale | $ 1,676.44 | Ft. Lauderale HOA | Gasher | Sep-19 |
| 8/28/2019 | | Meridian Court Condo. Assoc. | $ 337.03 | 911 Meridian Maintance monthly | AIP | Sep-19 |
| 8/28/2019 | | FLP | $ 39.48 | 911 Meridian | AIP | |
| 9/10/2019 | | FLP | $ 57.66 | 911 Meridian | | |
| 9/26/2019 | | Meridian Court Condo. Assoc. | $ 337.03 | 911 Meridian Maintance monthly | AIP | Oct-19 |
| 9/26/2019 | | First Bank | $ 4,644.00 | Passerino Mortgage | Gasher | Oct-19 |
| 9/26/2019 | 1022 | Paramount Fort Lauderdale | $ 1,676.44 | Ft. Lauderale HOA | Gasher | Oct-19 |
| 10/25/2019 | | Meridian Court Condo. Assoc. | $ 337.03 | 911 Meridian Maintance monthly | AIP | Nov-19 |
| 10/25/2019 | 1023 | Paramount Fort Lauderdale | $ 1,676.44 | Ft. Lauderale HOA | Gasher | Nov-19 |
| 10/26/2019 | | First Bank | $ 4,644.00 | Passerino Mortgage | Gasher | Nov-19 |
| 10/28/2019 | 1026 | Seacoast Brokers LLC | $ 368.14 | Insurance for 911 Meridian | AIP | |
| 10/30/2019 | 1024 | Seacoast Brokers LLC | $ 1,214.75 | Insurance for Paramount Ft. Lauderdale | Gasher | |
| 11/14/2019 | 1027 | Jag Insurance | $ 1,775.14 | Insurance Art/Jewlery | | |
| 11/27/2019 | | Meridian Court Condo. Assoc. | $ 337.03 | 911 Meridian Maintance monthly | AIP | Dec-19 |
| 11/27/2019 | 1031 | Miami-Dade Tax Collector | $ 2,157.98 | property taxes 911 meridian | AIP | |
| 11/27/2019 | 1028 | Paramount Fort Lauderdale | $ 1,676.44 | Ft. Lauderale HOA | Gasher | Dec-19 |
| 11/27/2019 | | First Bank | $ 4,644.00 | Passerino Mortgage | Gasher | Dec-19 |
| 1/2/2020 | | First Bank | $ 4,644.00 | Passerino Mortgage | Gasher | Jan-20 |
| 1/2/2020 | 1029 | Paramount Fort Lauderdale | $ 1,828.09 | Ft. Lauderale HOA | Gasher | Jan-20 |
| 1/2/2020 | | Meridian Court Condo. Assoc. | $ 336.34 | 911 Meridian Maintance monthly | AIP | Jan-20 |
| 1/28/2020 | 1030 | Paramount Fort Lauderdale | $ 1,828.09 | Ft. Lauderale HOA | Gasher | Feb-20 |
| 1/28/2020 | | First Bank | $ 4,644.00 | Passerino Mortgage | Gasher | Feb-20 |
| 1/28/2020 | | Meridian Court Condo. Assoc. | $ 336.34 | 911 Meridian Maintance monthly | AIP | Feb-20 |
| 2/28/2020 | 1031 | Paramount Fort Lauderdale | $ 1,828.09 | Ft. Lauderale HOA | Gasher | Mar-20 |
| 2/28/2020 | | First Bank | $ 4,373.00 | Passerino Mortgage | Gasher | Mar-20 |
| 3/6/2020 | | Meridian Court Condo. Assoc. | $ 336.34 | 911 Meridian Maintance monthly | AIP | Mar-20 |
| 3/18/2020 | 1032 | FPL | $ 100.00 | deposit | Gasher | |
| 3/18/2020 | 1033 | Paramount Fort Lauderdale | $ 1,828.09 | Ft. Lauderale HOA | Gasher | Apr-20 |
| 3/18/2020 | 1032 | Camp-Air Inc. | $ 200.00 | a/c repair | AIP | |
| 4/1/2020 | | First Bank | $ 4,373.00 | Passerino Mortgage | Gasher | Apr-20 |
| 4/1/2020 | 1034 | Marina Realty Group | $ 2,780.00 | commision | Gasher | |
| 4/13/2020 | 1035 | FPL | $ 59.33 | Paramount Condo | Gasher | |
| 5/1/2020 | | First Bank | $ 4,373.00 | Passerino Mortgage | Gasher | May-20 |
| 5/1/2020 | 1036 | Paramount Fort Lauderdale | $ 1,828.09 | Ft. Lauderale HOA | Gasher | May-20 |
| 5/5/2020 | 1037 | FPL | $ 35.28 | Paramount Condo | Gasher | |
| 5/28/2020 | | First Bank | $ 4,373.00 | Passerino Mortgage | Gasher | Jun-20 |
| 5/28/2020 | 1038 | Paramount Fort Lauderdale | $ 1,828.09 | Ft. Lauderale HOA | Gasher | Jun-20 |
| 5/28/2020 | 1039 | Ian Jones | $ 5,250.00 | security deposit refund | Gasher | |
| | | **Total** | **$ 79,685.20** | | | |

**Professional Fees (DE 222) 7/15/19**

| Date | Check # | Payable | Amount | Bank Account |
|---|---|---|---|---|
| 11/25/2019 | 1028 | Damian & Valori | $ 47,035.31 | All in Publishing |
| 11/25/2019 | 1029 | Kapila Makumal LLP | $ 12,226.94 | All in Publishing |
| 11/25/2019 | 1025 | Damian & Valori | $ 6,009.06 | Gasher |
| 11/25/2019 | 1026 | Kapila Makumal LLP | $ 3,869.54 | Gasher |
| 11/25/2019 | 1030 | Damian & Valori | $ 14,623.63 | All in Publishing |
| 11/25/2019 | 1027 | Damian & Valori | $ 14,623.63 | Gasher |
| | | **Total** | **$ 98,388.11** | |