UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 18-23992-CIV-MARTINEZ-OTAZO-REYES

COMMODITY FUTURES TRADING
COMMISSION,

    Plaintiff,

vs.

TIMOTHY JOSEPH ATKINSON, JAY
PASSERINO, ALL IN PUBLISHING, LLC,
and GASHER, INC.,

    Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

THE MATTER was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge, for a Report and Recommendation on Temporary Receiver Melanie E. Damian's Unopposed Fourth Interim Application for an Order Approving and Authorizing Payment of Fees and Expenses of Receiver and Her Professionals ("Fourth Motion for Fees"), [ECF No. 246]. Magistrate Judge Otazo-Reyes filed a Report and Recommendation [ECF No. 248], recommending that the motion be granted. The Court has reviewed the entire record and notes that no objections have been filed. After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge Otazo-Reyes's Report and Recommendation [ECF No. 248] is **AFFIRMED** and **ADOPTED**.

Accordingly, it is:

**ORDERED AND ADJUDGED**

1. The Receiver's Fourth Motion for Fees, [ECF No. 246] is **GRANTED.**

2. The Receiver is authorized to pay fees and costs as follows:

      a. $76,701.40 to herself and the Lead Counsel from the AIP Fiduciary Account;

      b. $16,890.00 to herself and the Lead Counsel from the Gasher Fiduciary Account;

      c. $3,267.83 to the Forensic Accountant from the AIP Fiduciary Account; and

      d. $4,179.05 to the Forensic Accountant from the Gasher Fiduciary Account.

DONE AND ORDERED in Chambers at Miami, Florida, this 7th day of July, 2020.

                                                        _____
                                                        JOSE E. MARTINEZ
                                                        UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record