Melanie E. Damian, Esq., as Receiver
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
STANDARDIZED FUND ACCOUNTING REPORT
CIVIL – RECEIVERSHIP FUND FOR CFTC v. TIMOTHY ATKINSON, ET AL.
Reporting Period 6/1/2020 to 11/30/2020

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 6/1/2020): | $ - | $ - | $ 2,582,143.79 |
|  | **Increases in Fund Balance:** |  |  |  |
| Line 2 | Business Income | $ - | $ - | $ - |
| Line 3 | Cash and Securities [1] | $ 61,185.99 | $ 61,185.99 | $ 61,185.99 |
| Line 4 | Interest/Dividend Income [1] | $ 4,448.94 | $ 4,448.94 | $ 4,448.94 |
| Line 5 | Business Asset Liquidation |  | $ - | $ - |
| Line 6 | Personal Asset Liquidation | $ - | $ - | $ - |
| Line 7 | Third-Party Litigation Income | $ - | $ - | $ - |
| Line 8 | Miscellaneous - Other | $ - | $ - | $ - |
|  | **Total Funds Available (Lines 1-8):** |  |  | $ 2,647,778.72 |
|  | **Decreases in Fund Balance:** |  |  |  |
| Line 9 | Disbursements to Investors |  |  |  |
| Line 10 | Disbursements for Business Operations [2] | $ 57,661.65 | $ 57,661.65 | $ 57,661.65 |
| Line 10a | Disbursements to Receiver or Other Professionals [2] | $ 101,038.28 | $ 101,038.28 | $ 101,038.28 |
| Line 10b | Business Asset Expenses |  | $ - |  |
| Line 10c | Personal Asset Expenses: | $ - | $ - | $ - |
| Line 10d | Investment Expenses | $ - | $ - | $ - |
| Line 10e | Third-Party Litigation | $ - | $ - | $ - |
| Line 10f | Tax Administrator Fees and Bonds | $ - | $ - | $ - |
| Line 10g | Federal and State Tax Payments | $ - | $ - | $ - |
|  | **Total Disbursements for Receivership Operations** |  |  | $ 158,699.93 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | $ - | $ - | $ - |
| Line 11a | Distribution Plan Development Expenses: | $ - | $ - | $ - |
| Line 11b | Distribution Plan Implementation Expenses: | $ - | $ - | $ - |
| Line 12 | Disbursements to Court/Other | $ - | $ - | $ - |

**EXHIBIT 1 RECEIPTS**

**CFTC v. Atkinson Receipts of All in Publishing, LLC and Gasher, Inc.**

| Date | Amount | Explanation | Bank |
|---|---|---|---|
| 8/31/2020 | $ 2,050.00 | Samuel Swartz | AIP |
| 8/31/2020 | $ 50,562.49 | Nevada Expansion Inc. | AIP |
| 9/10/2020 | $ 150.00 | Damian & Valori | AIP |
| 10/6/2020 | $ 193.31 | Seacoast Brokers | AIP |
| 11/30/2020 | $ 8,230.19 | Jay Passerno | Gasher |
| Total | $ 61,185.99 | | |

**City National Bank**

| Date | Amount | Explanation | Bank |
|---|---|---|---|
| 6/30/2020 | $ 427.97 | interest | Gasher |
| 6/30/2020 | $ 366.12 | interest | All In Publishing |
| 7/31/2020 | $ 408.07 | interest | Gasher |
| 7/31/2020 | $ 336.39 | interest | All In Publishing |
| 8/31/2020 | $ 402.74 | interest | Gasher |
| 8/31/2020 | $ 329.05 | interest | All In Publishing |
| 9/30/2020 | $ 387.11 | interest | Gasher |
| 9/30/2020 | $ 332.57 | interest | All In Publishing |
| 10/31/2020 | $ 384.89 | interest | Gasher |
| 10/31/2020 | $ 333.32 | interest | All In Publishing |
| 11/30/2020 | $ 396.93 | interest | Gasher |
| 11/30/2020 | $ 343.78 | interest | All In Publishing |
| | $ 4,448.94 | | |

**EXHIBIT 2 EXPENSES**
Expenses of All in Publishing, LLC and Gasher, Inc.

| Date | Check # | Payable | Amount | Description | Bank Account | Dates of Service |
|---|---|---|---|---|---|---|
| 6/28/2020 | | First Bank | $ 4,373.00 | Passerino Mortgage | Gasher | Jul-20 |
| 6/28/2020 | 1040 | Paramount Fort Lauderdale | $ 1,828.09 | Ft. Lauderale HOA | Gasher | Jul-20 |
| 7/27/2020 | 1042 | FPL | $ 140.15 | Paramount Condo | Gasher | |
| 7/27/2020 | | First Bank | $ 4,373.00 | Passerino Mortgage | Gasher | Aug-20 |
| 7/27/2020 | 1043 | Paramount Fort Lauderdale | $ 1,828.09 | Ft. Lauderale HOA | Gasher | Aug-20 |
| 8/24/2020 | 1044 | FPL | $ 55.45 | Paramount Condo | Gasher | |
| 8/28/2020 | | First Bank | $ 4,373.00 | Passerino Mortgage | Gasher | Sep-20 |
| 8/2/2020 | 1045 | Paramount Fort Lauderdale | $ 1,828.09 | Ft. Lauderale HOA | Gasher | Sep-20 |
| 8/31/2020 | 1041 | Stretto | $ 7,500.00 | | Gasher | |
| 8/31/2020 | 1033 | Stretto | $ 7,500.00 | | AIP | |
| 10/5/2020 | | First Bank | $ 4,373.00 | Passerino Mortgage | Gasher | Oct-20 |
| 10/5/2020 | 1046 | Paramount Fort Lauderdale | $ 1,828.09 | Ft. Lauderale HOA | Gasher | Oct-20 |
| 10/5/2020 | 1034 | Stretto | $ 3,865.50 | | AIP | |
| 10/6/2020 | 1047 | Seacoast | $ 1,369.01 | insurance for Ft Lauderdle | Gasher | |
| 10/20/2020 | 1048 | Paramount Ft. Lauderdale | $ 25.00 | key replacement | Gasher | |
| 11/23/2020 | | First Bank | $ 4,373.00 | Passerino Mortgage | Gasher | Nov-20 |
| 11/23/2020 | 1049 | Paramount Fort Lauderdale | $ 1,828.09 | Ft. Lauderale HOA | Gasher | Nov-20 |
| 11/30/2020 | | First Bank | $ 4,373.00 | Passerino Mortgage | Gasher | Dec-20 |
| 11/30/2020 | 1050 | Paramount Fort Lauderdale | $ 1,828.09 | Ft. Lauderale HOA | Gasher | Dec-20 |
| | | Total | $ 57,661.65 | | | |

**Professional Fees (DE 250) 7/7/20**

| Date | Check # | Payable | Amount | Bank Account |
|---|---|---|---|---|
| 7/8/2020 | | Damian & Valori | $ 76,701.40 | All in Publishing |
| 7/8/2020 | | Kapila Makumal LLP | $ 3,267.83 | All in Publishing |
| 7/8/2020 | | Damian & Valori | $ 16,890.00 | Gasher |
| 7/8/2020 | | Kapila Makumal LLP | $ 4,179.05 | Gasher |
| | | Total | $ 101,038.28 | |