IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-cv-23992-JEM

COMMODITY FUTURES TRADING
COMMISSION,

           Plaintiff,

v.

TIMOTHY JOSEPH ATKINSON, JAY
PASSERINO, ALL IN PUBLISHING, LLC,
& GASHER, INC.,

           Defendants.
_____/

**ORDER GRANTING RECEIVER'S AGREED FIFTH INTERIM APPLICATION FOR AN ORDER APPROVING AND AUTHORIZING PAYMENT OF FEES AND EXPENSES OF RECEIVER AND HER PROFESSIONALS**

THIS CAUSE came before the Court upon the *Receiver's Agreed Fifth Interim Application For An Order Approving and Authorizing Payment of Fees and Expenses of Receiver and Her Professionals* (the "Application") [ECF No. ____].  The Court, having reviewed the Application, noting that the fees and costs requested therein are reasonable, necessary and commensurate with the skills and experience required for the activities performed and described therein, and that no objection to the Application has been filed, and otherwise being fully advised in the matter, finds good cause to approve the Application and grant the relief requested therein.

Accordingly, it is -

**ORDERED** as follows:

    1.    The Application is **APPROVED.**

A. <u>**AIP-Related Work**</u>

2.	The total amount of fees and costs that the Receiver[1] and her Lead Counsel, Damian & Valori LLP, incurred in connection with fulfilling the Receiver's duties with respect to the AIP Defendants during the Application Period in the amount of $49,942.46 is hereby **APPROVED.**

3.	The Receiver is **AUTHORIZED** to pay the Receiver and her Lead Counsel, Damian & Valori LLP, the amount of $ 49,942.46 (which total includes $49,096.25 in fees and $846.21 in costs) for work performed fulfilling the Receiver's duties in relation to the AIP Defendants, to be paid immediately from the Receiver's AIP fiduciary account.

4.	The total amount of fees and costs that the Receiver's Forensic Accountants, Kapila Mukamal, LLP, incurred in connection with assisting the Receiver to fulfill her duties with respect to the AIP Defendants during the Application Period in the amount of $21,220.61 is hereby **APPROVED**.

5.	The Receiver is **AUTHORIZED** to pay to her Forensic Accountants, Kapila Mukamal, LLP, the amount of $21,220.61 (which total includes $21,081.50 in fees and $139.11 in costs) for work performed assisting the Receiver to fulfill her duties in relation to the AIP Defendants, to be paid immediately from the Receiver's AIP fiduciary account.

B. <u>**Gasher-Related Work**</u>

6.	The total amount of fees and costs that the Receiver and her Lead Counsel, Damian & Valori LLP, incurred in connection with fulfilling the Receiver's duties with respect to the Gasher Defendants during the Application Period in the amount of $5,435.50 is hereby **APPROVED.**

---

[1] Capitalized terms not defined herein shall have the same ascribed meaning as in the Application.

7. The Receiver is **AUTHORIZED** to pay the Receiver and her Lead Counsel, Damian & Valori LLP, the amount of $5,435.50 (which total includes $5,435 in fees and $0.50 in costs) for work performed fulfilling the Receiver's duties in relation to the Gasher Defendants, to be paid immediately from the Receiver's Gasher fiduciary account.

8. The total amount of fees and costs that the Receiver's Forensic Accountants, Kapila Mukamal, LLP, incurred in connection with assisting the Receiver to fulfill her duties with respect to the Gasher Defendants during the Application Period in the amount of $1,318.47 is hereby **APPROVED**.

9. The Receiver is **AUTHORIZED** to pay to her Forensic Accountants, Kapila Mukamal, LLP, the amount of $1,318.47 (which total includes $1,302.50 in fees and $15.97 in costs) for work performed assisting the Receiver to fulfill her duties in relation to the Gasher Defendants, to be paid immediately from the Receiver's Gasher fiduciary account.

C. **General Receivership Matters**

10. The total amount of fees and costs that the Receiver and her Lead Counsel, Damian & Valori LLP, incurred in connection with fulfilling the Receiver's duties with respect to the General Receivership Matters during the Application Period in the amount of $12,290.85 is hereby **APPROVED**.

11. The Receiver is **AUTHORIZED** to pay the Receiver and her Lead Counsel, Damian & Valori LLP, the amount of $12,290.85 (which total includes $12,210.00 in fees and $80.85 in costs) for work performed fulfilling the Receiver's duties in relation to General Receivership Matters, $6,145.43 to be paid immediately from the Receiver's AIP fiduciary account and $6,145.42 to be paid immediately from the Receiver's Gasher fiduciary account.

12. The Court reserves final approval of all fees approved herein until such time as the Receiver is discharged of her duties in this matter and/or final disbursement of funds held by the Estate.

**DONE AND ORDERED** at Miami, Florida, this _____ day of _____, 2020.

_____
The Honorable Jose E. Martinez
United States District Judge

Copies to:    All Counsel of Record