Melanie E. Damian, Esq., as Receiver
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
STANDARDIZED FUND ACCOUNTING REPORT
CIVIL – RECEIVERSHIP FUND FOR CFTC v. TIMOTHY ATKINSON, ET AL.
Reporting Period 12/1/2020 to 3/31/2021

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 12/1/2020): | $ - | $ - | $ 2,489,078.79 |
|  | **Increases in Fund Balance:** |  |  |  |
| Line 2 | Business Income | $ - | $ - | $ - |
| Line 3 | Cash and Securities | $ - | $ - | $ - |
| Line 4 | Interest/Dividend Income [1] | $ 2,431.27 | $ 2,431.27 | $ 2,431.27 |
| Line 5 | Business Asset Liquidation |  | $ - | $ - |
| Line 6 | Personal Asset Liquidation | $ - | $ - | $ - |
| Line 7 | Third-Party Litigation Income | $ - | $ - | $ - |
| Line 8 | Miscellaneous - Other | $ - | $ - | $ - |
|  | **Total Funds Available (Lines 1-8):** |  |  | $ 2,491,510.06 |
|  | **Decreases in Fund Balance:** |  |  |  |
| Line 9 | Disbursements to Investors |  |  |  |
| Line 10 | Disbursements for Business Operations [2] | $ 28,571.14 | $ 28,571.14 | $ 28,571.14 |
| Line 10a | Disbursements to Receiver or Other Professionals [2] | $ 90,207.89 | $ 90,207.89 | $ 90,207.89 |
| Line 10b | Business Asset Expenses |  | $ - |  |
| Line 10c | Personal Asset Expenses: | $ - | $ - | $ - |
| Line 10d | Investment Expenses | $ - | $ - | $ - |
| Line 10e | Third-Party Litigation | $ - | $ - | $ - |
| Line 10f | Tax Administrator Fees and Bonds | $ - | $ - | $ - |
| Line 10g | Federal and State Tax Payments | $ - | $ - | $ - |
|  | **Total Disbursements for Receivership Operations** |  |  | $ 118,779.03 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | $ - | $ - | $ - |
| Line 11a | Distribution Plan Development Expenses: | $ - | $ - | $ - |
| Line 11b | Distribution Plan Implementation Expenses: | $ - | $ - | $ - |
| Line 12 | Disbursements to Court/Other | $ - | $ - | $ - |

| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $ - | $ - | $ - |
|---|---|---|---|---|
| Line 12b | Federal Tax Payments | $ - | $ - | $ - |
| | Total Disbursements to Court/Other | | | |
| | Total Funds Disbursed (Lines 9-11) | | | $ 118,779.03 |
| Line 13 | Ending Balance (As of March 31, 2021) | | | $ 2,372,731.03 |
| Line 14 | Ending Balance of Fund – Net Assets: | | | |
| Line 14a | Cash & Cash Equivalents | | | $ 2,372,731.03 |
| Line 14b | Investments | | | $ - |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | Total Ending Balance of Fund – Net Assets | | | $ 2,372,731.03 |

[1] Funds were received into the Receivership accounts for All in Publishing, LLC and Gasher, Inc. See Receipts attached hereto as Exhibit 1.

[2] Funds were disbursed to administer the receivership estate and its assets. See Expenses attached hereto as Exhibit 2.

Respectfully submitted,

Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: 305-371-3960
Facsimile: 305-371-3965

/s/ Melanie E. Damian
Melanie E. Damian
*Court-Appointed Receiver*

**EXHIBIT 1 RECEIPTS**
**CFTC v. Atkinson Receipts of All in Publishing, LLC and Gasher, Inc.**

**City National Bank**

| Date | Amount | Explanation | Bank |
|---|---|---|---|
| 12/31/2020 | $ 396.04 | interest | Gasher |
| 12/31/2020 | $ 343.88 | interest | All In Publishing |
| 1/31/2021 | $ 368.22 | interest | Gasher |
| 1/31/2021 | $ 321.79 | interest | All In Publishing |
| 2/28/2021 | $ 251.35 | interest | Gasher |
| 2/28/2021 | $ 212.31 | interest | All In Publishing |
| 3/31/2021 | $ 293.76 | interest | Gasher |
| 3/31/2021 | $ 243.92 | interest | All In Publishing |
|  | $ 2,431.27 | Total Receipts |  |

# EXHIBIT 2 EXPENSES
Expenses of All in Publishing, LLC and Gasher, Inc.

| Date | Check # | Payable | Amount | Description | Bank Account | Dates of Service |
|---|---|---|---|---|---|---|
| 12/17/2020 | 1052 | Paramount Ft. Lauderdale | $ 2,057.11 | Ft. Lauderale HOA | Gasher | |
| 12/17/2020 | 1051 | Stretto | $ 198.00 | | Gasher | |
| 12/28/2020 | | First Bank | $ 4,373.00 | Passerino Mortgage | Gasher | Jan-21 |
| 12/28/2020 | 1053 | Paramount Ft. Lauderdale | $ 2,162.40 | Ft. Lauderale HOA | Gasher | special assessment |
| 1/25/2021 | 1054 | Stretto | $ 1,122.00 | Dec-20 | Gasher | |
| 1/25/2021 | 1035 | Stretto | $ 1,122.00 | Dec-20 | AIP | |
| 1/25/2021 | 1055 | Paramount Ft. Lauderdale | $ 2,057.11 | Ft. Lauderale HOA | Gasher | Feb-21 |
| 1/28/2021 | | First Bank | $ 4,373.00 | Passerino Mortgage | Gasher | Feb-21 |
| 3/5/2021 | | First Bank | $ 4,327.00 | Passerino Mortgage | Gasher | Mar-21 |
| 3/17/2021 | 1036 | Stretto | $ 1,332.65 | | Gasher | |
| 3/17/2021 | 1057 | Paramount Ft. Lauderdale | $ 2,057.11 | Ft. Lauderale HOA | Gasher | Mar-21 |
| 3/17/2021 | 1059 | Paramount Ft. Lauderdale | $ 2,057.11 | Ft. Lauderale HOA | Gasher | Apr-21 |
| 3/17/2021 | 1058 | Stretto | $ 1,332.65 | Jan-21 | AIP | |
| | | **Total** | **$ 28,571.14** | | | |

## Professional Fees (DE 256) 2/9/21

| Date | Check # | Payable | Amount | Bank Account |
|---|---|---|---|---|
| 2/9/2021 | | Damian & Valori | $ 56,087.89 | All in Publishing |
| 2/9/2021 | | Kapila Makumal LLP | $ 21,220.61 | All in Publishing |
| 2/9/2021 | | Damian & Valori | $ 11,580.92 | Gasher |
| 2/9/2021 | | Kapila Makumal LLP | $ 1,318.47 | Gasher |
| | | **Total** | **$ 90,207.89** | |