UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 18-23992-CIV-MARTINEZ-OTAZO-REYES

COMMODITY FUTURES TRADING
COMMISSION,
    Plaintiff,

vs.

TIMOTHY JOSEPH ATKINSON, et al.,
    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING UNOPPOSED MOTION TO APPROVE DISTRIBUTION

THE MATTER was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge, for a Report and Recommendation on the Receiver's Unopposed Motion to Approve Initial Distribution to claimants holding Allowed Claims,[1] [ECF No. 260]. Magistrate Judge Otazo-Reyes filed a Report and Recommendation, [ECF No. 263], recommending that the Unopposed Motion, as revised by the Notice of Filing Corrected Exhibit A and Proposed Order ("Notice"), [ECF No. 262], be granted. The Court has reviewed the entire record and notes that no objections have been filed. After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge Otazo-Reyes's Report and Recommendation, [ECF No. 263] is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that

1. The Receiver's Motion, [ECF No. 260], as revised by the Notice, [ECF No. 262], is **GRANTED.**

2. The Receiver is authorized to make the Initial Distribution to holders of Allowed Claims in the amount of $1,800,363.90, as proposed in the Motion, [ECF No. 260], and revised by the Notice, [ECF No. 262], and Exhibit A to the Notice, [ECF No. 262-1].

---

[1] All capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion to Approve Claims Process, [ECF No. 242], and Motion to Approve Initial Distribution, [ECF No. 260].

3. The Receiver is authorized to retain and compensate Stretto as distribution agent to prepare, distribute, and manage all disbursements to claimants without further order of this Court.

DONE AND ORDERED in Chambers at Miami, Florida, this 16th day of June, 2021.

```
_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE
```

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record