Melanie E. Damian, Esq., as Receiver
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
STANDARDIZED FUND ACCOUNTING REPORT
CIVIL – RECEIVERSHIP FUND FOR CFTC v. TIMOTHY ATKINSON, ET AL.
Reporting Period 4/1/2021 to 7/31/2021

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 4/1/2021): | $ - | $ - | $ 2,372,731.03 |
|  | **Increases in Fund Balance:** |  |  |  |
| Line 2 | Business Income | $ - | $ - | $ - |
| Line 3 | Cash and Securities | $ 754,664.49 | $ 754,664.49 | $ 754,664.49 |
| Line 4 | Interest/Dividend Income [1] | $ 2,014.05 | $ 2,014.05 | $ 2,014.05 |
| Line 5 | Business Asset Liquidation |  | $ - | $ - |
| Line 6 | Personal Asset Liquidation | $ - | $ - | $ - |
| Line 7 | Third-Party Litigation Income | $ - | $ - | $ - |
| Line 8 | Miscellaneous - Other | $ - | $ - | $ - |
|  | **Total Funds Available (Lines 1-8):** |  |  | $ 3,129,409.57 |
|  | **Decreases in Fund Balance:** |  |  |  |
| Line 9 | Disbursements to Investors [2] | $ 1,800,363.90 | $ 1,800,363.90 | $ 1,800,363.90 |
| Line 10 | Disbursements for Business Operations [2] | $ 24,433.11 | $ 24,433.11 | $ 24,433.11 |
| Line 10a | Disbursements to Receiver or Other Professionals | $ - | $ - | $ - |
| Line 10b | Business Asset Expenses |  | $ - |  |
| Line 10c | Personal Asset Expenses: | $ - | $ - | $ - |
| Line 10d | Investment Expenses | $ - | $ - | $ - |
| Line 10e | Third-Party Litigation | $ - | $ - | $ - |
| Line 10f | Tax Administrator Fees and Bonds | $ - | $ - | $ - |
| Line 10g | Federal and State Tax Payments | $ - | $ - | $ - |
|  | **Total Disbursements for Receivership Operations** |  |  | $ 1,824,797.01 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | $ - | $ - | $ - |
| Line 11a | Distribution Plan Development Expenses: | $ - | $ - | $ - |
| Line 11b | Distribution Plan Implementation Expenses: | $ - | $ - | $ - |
| Line 12 | Disbursements to Court/Other | $ - | $ - | $ - |

| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $ - | $ - | $ - |
|---|---|---|---|---|
| Line 12b | Federal Tax Payments | $ - | $ - | $ - |
| | **Total Disbursements to Court/Other** | | | |
| | **Total Funds Disbursed (Lines 9-11)** | | | $ 1,824,797.01 |
| Line 13 | **Ending Balance (As of July 31, 2021)** | | | $ 1,304,612.56 |
| Line 14 | **Ending Balance of Fund – Net Assets:** | | | |
| Line 14a | Cash & Cash Equivalents | | | $ 1,304,612.56 |
| Line 14b | Investments | | | $ - |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | **Total Ending Balance of Fund – Net Assets** | | | $ 1,304,612.56 |

[1] Funds were received into the Receivership accounts for All in Publishing, LLC and Gasher, Inc. See Receipts attached hereto as Exhibit 1.

[2] Funds were disbursed to administer the receivership estate and its assets. See Expenses attached hereto as Exhibit 2.

Respectfully submitted,

Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: 305-371-3960
Facsimile: 305-371-3965

/s/ Melanie E. Damian
Melanie E. Damian
*Court-Appointed Receiver*

**EXHIBIT 1 RECEIPTS**
**CFTC v. Atkinson Receipts of All in Publishing, LLC and Gasher, Inc.**

| Date | Amount | Explanation | Bank |
|---|---|---|---|
| 4/16/2021 | $ 31,500.00 | Damian Narvaez | AIP |
| 4/26/2021 | $ 26,082.00 | Marina Realty Group | Gasher |
| 5/4/2021 | $ 5,910.03 | Jay Passerino | Gasher |
| 5/4/2021 | $ 216,717.49 | Jay Passerino | Gasher |
| 5/4/2021 | $ 273,555.80 | Jay Passerino | Gasher |
| 7/14/2021 | $ 196,715.77 | David Cohen PA | Gasher |
| 7/21/2021 | $ 864.69 | Sale of Jeter memorbilia | Gasher |
| 7/23/2021 | $ 3,318.71 | Sale of Art | Gasher |
| Total | $ 754,664.49 | | |

**City National Bank**

| Date | Amount | Explanation | Bank |
|---|---|---|---|
| 4/30/2021 | $ 265.76 | interest | Gasher |
| 4/30/2021 | $ 224.78 | interest | All In Publishing |
| 5/31/2021 | $ 336.19 | interest | Gasher |
| 5/31/2021 | $ 212.86 | interest | All In Publishing |
| 6/30/2021 | $ 407.41 | interest | Gasher |
| 6/30/2021 | $ 250.92 | interest | All In Publishing |
| 7/31/2021 | $ 316.13 | interest | Gasher |
| Total | $ 2,014.05 | | |

**Total of Receipts**  $ 756,678.54

## EXHIBIT 2 EXPENSES
### Expenses of All in Publishing, LLC and Gasher, Inc.

| Date | Check # | Payable | Amount | Description |
|---|---|---|---|---|
| 4/1/2021 | | First Bank | $ 4,327.00 | Passerino Mortgage |
| 4/13/2021 | 1060 | Stretto | $ 96.87 | |
| 4/13/2021 | 1061 | Paramount Ft. Lauderdale | $ 2,057.11 | Ft. Lauderale HOA |
| 4/26/2021 | | First Bank | $ 4,327.00 | Passerino Mortgage |
| 5/12/2021 | | FPL | $ 170.43 | Paramount Condo |
| 6/4/2021 | 1062 | Paramount Ft. Lauderdale | $ 2,057.11 | Ft. Lauderale HOA |
| 6/7/2021 | | First Bank | $ 4,327.00 | Passerino Mortgage |
| 6/16/2021 | | FPL | $ 145.05 | Paramount Condo |
| 6/30/2021 | | First Bank | $ 4,373.00 | Passerino Mortgage |
| 7/12/2021 | | FPL | $ 157.33 | Paramount Condo |
| 7/3/2021 | 1063 | Paramount Ft. Lauderdale | $ 2,057.11 | Ft. Lauderale HOA |
| 7/3/2021 | 1037 | Stretto | $ 139.00 | |
| 7/26/2021 | 1064 | Stretto | $ 199.10 | |
| | | Total | $ 24,433.11 | |

## EXHIBIT 2 EXPENSES
### Distribution of All in Publishing, LLC and Gasher, Inc.

| Date | | Payable | Amount | Description |
|---|---|---|---|---|
| 7/15/2021 | | Distribution | $ 1,110,234.24 | transfer to Stretto |
| 7/15/2021 | | Distribution | $ 690,129.66 | transfer to Stretto |
| | | | $ 1,800,363.90 | |