UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-23992-CIV-MARTINEZ/AOR

COMMODITY FUTURES TRADING
COMMISSION,

    Plaintiff,

v.

TIMOTHY JOSEPH ATKINSON,
JAY PASSERINO,
ALL IN PUBLISHING, LLC, and
GASHER, INC.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

THIS CAUSE came before the Court upon Temporary Receiver Melanie E. Damian's (the "Receiver") Unopposed Motion to Approve Omitted Claims and Distribution to Claimants filed on September 16, 2021 [D.E. 271]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Jose E. Martinez, United States District Judge [D.E. 273].

On June 23, 2020 the Court approved and authorized the Receiver to:

- ➢ Implement the Claims Process and Distribution Plan proposed in the Receiver's Unopposed Motion to Approve (A) Noticing and Claims Administration Process and (B) Plan of Distribution (hereafter, "Motion") [D.E. 242], or a Process and Plan that is substantially similar in form, effect and cost as the Receiver may determine, in her sole discretion, is necessary, appropriate and in the best interest of Defendants Timothy J. Atkinson, All In Publishing, LLC, Jay Passerino, and

> Gasher, Inc.'s (collectively, "Defendants") respective receivership estates (collectively, "Estate").
>
> ➢ Employ Bankruptcy Management Solutions d/b/a Stretto ("Stretto") to provide noticing, claims processing and distribution services pursuant to the terms of the proposal attached as Exhibit B to the Motion.
>
> ➢ Utilize Stretto to send by email a Notice (in a form substantially similar to the form attached as Exhibit C to the Motion) to all potential claimants as identified by the Receiver.

See Order Adopting Magistrate Judge's Report and Recommendation [D.E. 249].

On May 19, 201, the Receiver filed the Unopposed Motion to Approve Initial Distribution [D.E. 260], which was revised on May 27, 2021 [D.E. 262]. See Unopposed Motion to Approve Initial Distribution [D.E. 260] (hereafter, "Unopposed Motion"); Notice of Filing Corrected Exhibit A and Proposed Order (hereafter, "Notice") [D.E. 262]. On June 16, 2021, the Court adopted the undersigned's Report and Recommendation [D.E. 263] and granted the Unopposed Motion [D.E. 260], as revised by the Notice [D.E. 262], authorizing the Receiver to make the Initial Distribution to holders of Allowed Claims in the amount of $1,800,363.90 and to retain and compensate Stretto as distribution agent to prepare, distribute, and manage all disbursements to claimants without further order of the Court [D.E. 266]. See Order Adopting Magistrate Judge's Report and Recommendation and Granting Unopposed Motion to Approve Distribution [D.E. 266].

Through her Unopposed Motion to Approve Omitted Claims and Distribution to Claimants [D.E. 271], the Receiver requests that the Court approve a claim for $5,798.50 and a claim for $10,000.00 (the "Claims"), which the Receiver has determined should be allowed in their entirety,

but which were inadvertently omitted from the final claims log attached as Exhibit A to the Unopposed Motion [D.E. 260].  The Receiver further requests authorization to make an initial distribution to the claimants representing 42.4% of the allowed amount of each of the Claims as follows:

- Claim for $5,798.50 receives an initial distribution of $2,458.56; and
- Claim for $10,000.00 receives an initial distribution of $4,240.00.

Having reviewed Unopposed Motion to Approve Omitted Claims and Distribution to Claimants [D.E. 271], and being otherwise fully advised in the premises, the undersigned finds that the Receiver comported with the Court approved Claims Process and that the requested Initial Distribution to the claimants representing 42.4% of the Claims also comports with the approved Distribution Plan.

## RECOMMENDATION

Based on the foregoing, the undersigned **RESPECTFULLY RECOMMENDS** that the Unopposed Motion to Approve Omitted Claims and Distribution to Claimants filed on September 16, 2021 [D.E. 271], be **GRANTED** and that the Proposed Order Granting Receiver's Unopposed Motion to Approve Omitted Claims and Distribution to Claimants [D.E. 271-1], attached hereto as Exhibit A, be **ENTERED.**

Pursuant to Local Magistrate Judge Rule 4(b), the parties have **fourteen days** from the date of this Report and Recommendation to file written objections, if any, with the Honorable Jose E. Martinez, United States District Judge.  Failure to file timely objections may bar the parties from attacking the factual findings contained herein on appeal.  See Resolution Tr. Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).  Further, "failure to object in accordance with the provisions of [28 U.S.C.] § 636(b)(1) waives the right to challenge on appeal the district

court's order based on unobjected-to factual and legal conclusions." See 11th Cir. R. 3-1 (I.O.P. - 3).

RESPECTFULLY SUBMITTED in Chambers at Miami, Florida this 29th day of September, 2021.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Jose E. Martinez
 Counsel of Record

# **EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-cv-23992-JEM

COMMODITY FUTURES TRADING
COMMISSION,

                Plaintiff,

v.

TIMOTHY JOSEPH ATKINSON, JAY
PASSERINO, ALL IN PUBLISHING, LLC,
& GASHER, INC.,

                Defendants.
_____/

## ORDER GRANTING RECEIVER'S UNOPPOSED MOTION TO APPROVE OMITTED CLAIMS AND DISTRIBUTION TO CLAIMANTS

THIS CAUSE came before the Court upon the Receiver's Unopposed Motion to Approve Omitted Claims and Distribution to Claimants (the "Motion") to claimants holding Allowed Claims.[1] The Court has considered the Motion and the Court record, notes that no objections to the Motion have been filed or otherwise asserted, and is otherwise fully advised in the premises. Accordingly, it is hereby

    **ORDERED AND ADJUDGED** as follows:

1. The Motion [ECF No. 271] is GRANTED.

2. The Receiver is authorized to make the Initial Distribution to holders of those Claims in the amounts of $2,458.56 and $4,240.00 (representing 42.4% of the allowed amounts of the Claims), as proposed in the Motion.

**DONE AND ORDERED** in Miami, Florida, this ____ day of _____, 2021.

                              _____
                              JOSE E. MARTINEZ
                              U.S. DISTRICT JUDGE

Copies to:    Counsel of Record

---

[1] All capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion to Approve Claims Process [ECF No. 242] and the Motion to Approve Omitted Claims and Distribution to Claimants [ECF No. 271].