UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 18-cv-23992-MARTINEZ-OTAZO-REYES

COMMODITY FUTURES TRADING
COMMISSION,

      Plaintiff,

v.

TIMOTHY ATKINSON, et al.,

      Defendants.

_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS MATTER was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge, for a Report and Recommendation on the Receiver's Unopposed Motion to Approve Omitted Claims and Distribution to Claimants, (ECF No. 271). (ECF No. 273.) The Court has reviewed the entire file and record, and notes that no objections have been filed. After careful consideration, it is hereby:

ADJUDGED that United States Magistrate Judge Otazo-Reyes's Report and Recommendation, (ECF No. 274), is AFFIRMED and ADDOPTED. Accordingly, it is ADJUDGED that:

1.      The Receiver's Unopposed Motion to Approve Omitted Claims and Distribution to Claimants, (ECF No. 271), is GRANTED.

2.      The two omitted claims, as outlined in the Motion, for $5,798.50 and $10,000.00 (the "Claims") are approved.

3.      The Receiver is authorized to make initial distributions of 42.40% of the allowed

amounts of each of the Claims to the Claims' holders as follows:

      a.      The Claim for $5,798.50 is to receive an initial distribution of $2,458.56.

      b.      The Claim for $10,000.00 is to receive an initial distribution of $4,240.00.

DONE AND ORDERED in Chambers at Miami, Florida, this 26th day of October, 2021.


_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record