UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 18-cv-23992-MARTINEZ-OTAZO-REYES

COMMODITY FUTURES TRADING
COMMISSION,

      Plaintiff,

v.

TIMOTHY ATKINSON, et al.,

      Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS MATTER was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge, for a Report and Recommendation on the Receiver's Unopposed Seventh Interim Application for an Order Approving and Authorizing Payment of Fees and Expenses of Receiver and Her Professionals, (ECF No. 272). (ECF No. 273.) The Court has reviewed the entire file and record, and notes that no objections have been filed. After careful consideration, it is hereby:

ADJUDGED that United States Magistrate Judge Otazo-Reyes's Report and Recommendation, (ECF No. 275), is AFFIRMED and ADDOPTED. Accordingly, it is ADJUDGED that:

    1.    The Receiver's Unopposed Seventh Interim Application for an Order Approving and Authorizing Payment of Fees and Expenses of Receiver and Her Professional, (ECF No. 272), is GRANTED.

    2.    The Receiver is authorized to pay fees and costs as follows:

2

      a.      $78,602.10 to herself and the Lead Counsel from the AIP Fiduciary Account.

      b.      $5,210.04 to the Forensic Accountant from the AIP Fiduciary Account.

DONE AND ORDERED in Chambers at Miami, Florida, this 26th day of October, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record