**EXHIBIT A**

Melanie E. Damian, Esq., as Receiver
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
STANDARDIZED FUND ACCOUNTING REPORT
CIVIL – RECEIVERSHIP FUND FOR CFTC v. TIMOTHY ATKINSON, ET AL.
Reporting Period 8/1/2021 to 12/31/2021

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| **Line 1** | Beginning Balance (As of 8/1/2021): | $ - | $ - | $ 1,304,612.56 |
|  | **Increases in Fund Balance:** |  |  |  |
| **Line 2** | Business Income | $ - | $ - | $ - |
| **Line 3** | Cash and Securities | $ 7,606.46 | $ 7,606.46 | $ 7,606.46 |
| **Line 4** | Interest/Dividend Income [1] | $ 1,301.11 | $ 1,301.11 | $ 1,301.11 |
| **Line 5** | Business Asset Liquidation |  | $ - | $ - |
| **Line 6** | Personal Asset Liquidation | $ - | $ - | $ - |
| **Line 7** | Third-Party Litigation Income | $ - | $ - | $ - |
| **Line 8** | Miscellaneous - Other | $ - | $ - | $ - |
|  | **Total Funds Available (Lines 1-8):** |  |  | $ 1,313,520.13 |
|  | **Decreases in Fund Balance:** |  |  |  |
| **Line 9** | Disbursements to Investors] | $ - | $ - | $ - |
| **Line 10** | Disbursements for Business Operations [2] | $ 7,992.52 | $ 7,992.52 | $ 7,992.52 |
| Line 10a | Disbursements to Receiver or Other Professionals [2] | $ 125,594.56 | $ 125,594.56 | $ 125,594.56 |
| Line 10b | Business Asset Expenses |  | $ - |  |
| Line 10c | Personal Asset Expenses: | $ - | $ - | $ - |
| Line 10d | Investment Expenses | $ - | $ - | $ - |
| Line 10e | Third-Party Litigation | $ - | $ - | $ - |
| Line 10f | Tax Administrator Fees and Bonds | $ - | $ - | $ - |
| Line 10g | Federal and State Tax Payments | $ - | $ - | $ - |
|  | **Total Disbursements for Receivership Operations** |  |  | $ 133,587.08 |
| **Line 11** | Disbursements for Distribution Expenses Paid by the Fund: | $ - | $ - | $ - |
| Line 11a | Distribution Plan Development Expenses: | $ - | $ - | $ - |
| Line 11b | Distribution Plan Implementation Expenses: | $ - | $ - | $ - |
| **Line 12** | Disbursements to Court/Other | $ - | $ - | $ - |

| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $ - | $ - | $ - |
|---|---|---|---|---|
| Line 12b | Federal Tax Payments | $ - | $ - | $ - |
| | **Total Disbursements to Court/Other** | | | |
| | **Total Funds Disbursed (Lines 9-11)** | | | $ 133,587.08 |
| Line 13 | Ending Balance (As of December 31, 2021) | | | $ 1,179,933.05 |
| Line 14 | **Ending Balance of Fund – Net Assets:** | | | |
| Line 14a | Cash & Cash Equivalents | | | $ 1,179,933.05 |
| Line 14b | Investments | | | $ - |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | **Total Ending Balance of Fund – Net Assets** | | | $ 1,179,933.05 |

[1] Funds were received into the Receivership accounts for All in Publishing, LLC and Gasher, Inc. See Receipts attached hereto as Exhibit 1.

[2] Funds were disbursed to administer the receivership estate and its assets. See Expenses attached hereto as Exhibit 2.

Respectfully submitted,

Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone:  305-371-3960
Facsimile:  305-371-3965

/s/ Melanie E. Damian
Melanie E. Damian
*Court-Appointed Receiver*

**EXHIBIT 1 RECEIPTS**
**CFTC v. Atkinson Receipts of All in Publishing, LLC and Gasher, Inc.**

| Date | Amount | Explanation |
|---|---|---|
| 8/16/2021 | $ 850.00 | Sale of Art |
| 8/16/2021 | $ 3,059.16 | Sale of Art |
| 8/16/2001 | $ 403.37 | SeaCoast/Refund of Insurance |
| 9/29/2021 | $ 2,173.15 | First Bank/Escrow refund |
| 10/4/2021 | $ 720.78 | Sale of Art |
| 11/17/2021 | $ 400.00 | Sale of Art |
| Total | $ 7,606.46 | |

**City National Bank**

| Date | Amount | Explanation |
|---|---|---|
| 8/31/2021 | $ 278.96 | interest |
| 9/30/2021 | $ 260.39 | interest |
| 10/31/2021 | $ 251.33 | interest |
| 11/30/2021 | $ 259.66 | interest |
| 12/31/2021 | $ 250.77 | interest |
| Total | $ 1,301.11 | |

**Total of Receipts**   $   8,907.57

**EXHIBIT 2 EXPENSES**

**Expenses of All in Publishing, LLC and Gasher, Inc.**

| Date | Check # | Payable | Amount | Description |
|---|---|---|---|---|
| 8/10/2021 | | FPL | $ 139.78 | Paramount Condo |
| 9/15/2021 | 1065 | Fee for Sale | $ 1,702.60 | sale of art |
| 10/14/2021 | 1066 | Stretto | $ 4,496.94 | September |
| 10/14/2021 | | Bank Fee | $ 12.00 | |
| 11/17/2021 | 1067 | Stretto | $ 325.80 | October |
| 12/28/2021 | 1068 | Stretto | $ 1,315.40 | November |
| | | **Total** | **$ 7,992.52** | |

**Professional Fees  8/5/21 & 11/1/21**

| Date | Check # | Payable | Amount |
|---|---|---|---|
| 8/5/2021 | | Kapila Makumal LLP | $ 852.76 |
| 8/5/2021 | | Damian & Valori | $ 40,929.66 |
| 11/1/2021 | | Kapila Makumal LLP | $ 5,210.04 |
| 11/1/2021 | | Damian & Valori | $ 78,602.10 |
| | | **Total** | **$ 125,594.56** |