# EXHIBIT A

Melanie E. Damian, Esq., as Receiver
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida  33131
STANDARDIZED FUND ACCOUNTING REPORT
CIVIL – RECEIVERSHIP FUND FOR CFTC v. TIMOTHY ATKINSON, ET AL.
Reporting Period 1/1/2022 to 7/31/2022

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 1/1/2021): | $ - | $ - | $ 1,179,933.05 |
|  | **Increases in Fund Balance:** |  |  |  |
| Line 2 | Business Income | $ - | $ - | $ - |
| Line 3 | Cash and Securities [1] | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 |
| Line 4 | Interest/Dividend Income [1] | $ 1,681.39 | $ 1,681.39 | $ 1,681.39 |
| Line 5 | Business Asset Liquidation |  | $ - | $ - |
| Line 6 | Personal Asset Liquidation | $ - | $ - | $ - |
| Line 7 | Third-Party Litigation Income | $ - | $ - | $ - |
| Line 8 | Miscellaneous - Other | $ - | $ - | $ - |
|  | **Total Funds Available (Lines 1-8):** |  |  | $ 1,183,114.44 |
|  | **Decreases in Fund Balance:** |  |  |  |
| Line 9 | Disbursements to Investors] | $ - | $ - | $ - |
| Line 10 | Disbursements for Business Operations [1] | $ 1,499.30 | $ 1,499.30 | $ 1,499.30 |
| Line 10a | Disbursements to Receiver or Other Professionals [1] | $ 39,699.78 | $ 39,699.78 | $ 39,699.78 |
| Line 10b | Business Asset Expenses |  | $ - |  |
| Line 10c | Personal Asset Expenses: | $ - | $ - | $ - |
| Line 10d | Investment Expenses | $ - | $ - | $ - |
| Line 10e | Third-Party Litigation | $ - | $ - | $ - |
| Line 10f | Tax Administrator Fees and Bonds | $ - | $ - | $ - |
| Line 10g | Federal and State Tax Payments | $ - | $ - | $ - |
|  | **Total Disbursements for Receivership Operations** |  |  | $ 41,199.08 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | $ - | $ - | $ - |
| Line 11a | Distribution Plan Development Expenses: | $ - | $ - | $ - |
| Line 11b | Distribution Plan Implementation Expenses: | $ - | $ - | $ - |
| Line 12 | Disbursements to Court/Other | $ - | $ - | $ - |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $ | - | $ | - | $ | - |
| Line 12b | Federal Tax Payments | $ | - | $ | - | $ | - |
| | **Total Disbursements to Court/Other** | | | | | | |
| | **Total Funds Disbursed (Lines 9-11)** | | | | | $ | 41,199.08 |
| **Line 13** | **Ending Balance (As of July 31, 2022)** | | | | | $ | 1,141,915.36 |
| **Line 14** | **Ending Balance of Fund – Net Assets:** | | | | | | |
| Line 14a | Cash & Cash Equivalents | | | | | $ | 1,141,915.36 |
| Line 14b | Investments | | | | | $ | - |
| Line 14c | Other Assets or Uncleared Funds | | | | | | |
| | **Total Ending Balance of Fund – Net Assets** | | | | | $ | 1,141,915.36 |

[1] Funds were received and disbursed into and out of the Receivership account - Gasher, Inc. See Receipts attached hereto as Exhibit 1 and 2.

Respectfully submitted,

Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone:  305-371-3960
Facsimile:  305-371-3965

/s/ Melanie E. Damian
Melanie E. Damian
*Court-Appointed Receiver*

**EXHIBIT 1 RECEIPTS**

**CFTC v. Atkinson Receipts of All in Publishing, LLC and Gasher, Inc.**

| Date | Amount | | Explanation |
|------|--------|--|-------------|
| 3/31/2022 | $ | 1,500.00 | Vincent Passerino/Sale of Mac |
| Total | $ | 1,500.00 | |

**City National Bank**

| Date | Amount | | Explanation |
|------|--------|--|-------------|
| 1/31/2022 | $ | 250.61 | interest |
| 2/28/2022 | $ | 226.34 | interest |
| 3/31/2022 | $ | 250.64 | interest |
| 4/30/2022 | $ | 234.81 | interest |
| 5/31/2022 | $ | 257.62 | interest |
| 6/30/2022 | $ | 234.60 | interest |
| 7/31/2022 | $ | 226.77 | interest |
| Total | $ | 1,681.39 | |

|  |  |  |
|--|--|--|
| **Total of Receipts** | **$** | **3,181.39** |

**EXHIBIT 2 EXPENSES**

**Expenses of All in Publishing, LLC and Gasher, Inc.**

| Date | Check # | Payable | Amount | | Description |
|------|---------|---------|--------|--|-------------|
| 4/21/2022 | 1069 | Stretto | $ | 761.50 | Mar-22 |
| 5/17/2022 | 1070 | Stretto | $ | 447.90 | Apr-22 |
| 6/15/2022 | 1071 | Stretto | $ | 289.90 | May-22 |
| | | **Total** | **$** | **1,499.30** | |

**Professional Fees 5/27/22**

| Date | Check # | Payable | Amount | |
|------|---------|---------|--------|--|
| 5/27/2022 | | Damian & Valori | $ | 33,593.90 |
| 5/27/2022 | | Kapila Makumal LLP | $ | 6,105.88 |
| | | **Total** | **$** | **39,699.78** |