IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-cv-23992-JEM

COMMODITY FUTURES TRADING
COMMISSION,

        Plaintiff,

        v.

TIMOTHY JOSEPH ATKINSON, JAY
PASSERINO, ALL IN PUBLISHING, LLC,
& GASHER, INC.,

        Defendants.

_____/

**ORDER GRANTING RECEIVER'S NINTH INTERIM APPLICATION
FOR AN ORDER APPROVING AND AUTHORIZING PAYMENT
OF FEES AND EXPENSES OF RECEIVER AND HIS PROFESSIONALS**

THIS CAUSE came before the Court upon the *Receiver's Ninth Interim Application for an Order Approving and Authorizing Payment of Fees and Expenses of Receiver and Her Professionals* (the "Application") [ECF No. _____].  The Court, having reviewed the Application, noting that the fees and costs requested therein are reasonable, necessary and commensurate with the skills and experience required for the activities performed and described therein, and that no objection to the Application has been filed, and otherwise being fully advised in the matter, finds good cause to approve the Application and grant the relief requested therein.

Accordingly, it is

**ORDERED** as follows:

1.      The Application is **APPROVED.**

2.      The total amount of fees and costs that the Receiver and her Lead Counsel, Damian & Valori LLP, incurred during the Application Period in the amount of $29,051.87 (which total

includes $27,790.50 in fees and $1,261.37) is hereby **APPROVED.**

3.      The Receiver is **AUTHORIZED** to pay the Receiver and her Lead Counsel, Damian & Valori LLP, the amount of $29,051.87 (which total includes $27,790.50 in fees and $1,261.37) for the work they performed fulfilling the Receiver's duties.

4.      The total amount of fees and costs that the Forensic Accountant, Kapila Mukamal LLP, incurred during the Application Period in the amount of $8,494.16 (which total includes $8,327.40 in fees and $166.76 in costs) is hereby **APPROVED.**

5.      The Receiver is **AUTHORIZED** to pay the Forensic Accountant, Kapila Mukamal LLP, the amount of $8,494.16 (which total includes $8,327.40 in fees and $166.76 in costs) for the work it performed in assisting the Receiver to fulfill her duties.

**DONE AND ORDERED**, this _____ day of _____, 2022, in the Southern District of Florida.

_____
HONORABLE JOSE E. MARTINEZ
UNITED STATES DISTRICT COURT JUDGE

Copies to:      All Counsel of Record