UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 18-23992-CIV-MARTINEZ

COMMODITY FUTURES TRADING
COMMISSION,

    Plaintiff,

v.

TIMOTHY ATKINSON, et al.,

    Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    **THIS MATTER** was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge, for a Report and Recommendation on the Receiver's Unopposed Tenth Interim Application for an Order Approving and Authorizing Payment of Fees and Expenses of Receiver and Her Professionals (the "Application"), (ECF No. 290). (ECF No. 291.) Magistrate Judge Otazo-Reyes filed a Report and Recommendation in which she recommended that the Application be granted. (ECF No. 292.) This Court has reviewed the entire file and record and notes that no objections have been filed, and the time to do so has passed. After careful consideration, it is:

    **ADJUDGED** that United States Magistrate Judge Otazo-Reyes's Report and Recommendation, (ECF No. 292), is **AFFIRMED** and **ADOPTED**. Accordingly, it is **ADJUDGED** that:

1. The Application, (ECF No. 290), is **GRANTED**.
2. The Receiver is authorized to pay fees and costs as follows:
   a. **$29,585.75** to herself and Lead Counsel from the AIP Fiduciary Account.
   b. **$2,710.40** to the Forensic Accountant from the AIP Fiduciary Account.
   c. **$19,314.00** to the California Counsel from the AIP Fiduciary Account.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of May, 2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record